IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VERNON SMITH,                          NOT FINAL UNTIL TIME EXPIRES TO
                                       FILE MOTION FOR REHEARING AND
        Appellant,                     DISPOSITION THEREOF IF FILED

v.                                     CASE NO. 1D14-4903

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed February 4, 2015.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

Vernon Smith, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.